1   ALICIA A.G. LIMTIACO
    United States Attorney
2   MIKEL W. SCHWAB
    Assistant U.S. Attorney
3   JESSICA F. CRUZ
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam  96910
    PHONE:  (671) 472-7332
6   FAX:  (671) 472-7215
7   Attorneys for the United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE TERRITORY OF GUAM

11  ELARIA M. TAITAGUE,                    CIVIL CASE NO. 14-00007

12              Plaintiff,

13        vs.
                                           **STIPULATION FOR VOLUNTARY**
14  DEPARTMENT OF THE AIR FORCE,           **DISMISSAL**
    UNITED STATES OF AMERICA, JOHN
15  DOE INSURANCE CARRIER; and DOES 1-
    10,
16
                Defendants.
17
         COME NOW, the parties, by and through their undersigned counsels, and hereby move
18
    the Court to dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
19
20  \\

21  \\

22  \\

23  \\

24  \\

25  \\

26

1  Procedure. The terms set forth in the settlement agreement (ECF No. 14-1) have been satisfied.

2  Each party shall bear its own costs and fees, including attorneys' fees.

3          SO STIPULATED:

4                                              ALICIA A.G. LIMTIACO
5                                              United States Attorney
                                               Districts of Guam and the NMI
6
7  Date: 4/7/15                    By: _____
8                                              MIKEL W. SCHWAB
                                               JESSICA F. CRUZ
9                                              Assistant U.S. Attorneys
                                               *Attorneys for the United States of America*
10

11                                             LAW OFFICES OF MARK WILLIAMS, P.C.
12
13  Date: 4/1/15                    _____
                                               MARK E. WILLIAMS, ESQ.
14                                             *Attorney for Plaintiff Elaria M. Taitague*
15
16
17
18
19
20
21
22
23
24
25
26